IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Ronald Keller,<br><br>Debtor(s) | Case No: 18-21856<br>Chapter 13<br><br>Judge Carol A. Doyle |

## NOTICE OF MOTION

TO:   Tom Vaughn, Chapter 13 Trustee, via electronic notice through ECF
Ronald Keller, 1025 Elmwood Lane, Elk Grove Village, IL 60007
See attached Service List via US Mail.

PLEASE TAKE NOTICE that on June 23, 2020 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Presiding or any judge sitting in his/her stead by telephonic hearing, and shall present this Motion, a copy of which is attached hereto.

This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## PROOF OF SERVICE

I hereby certify that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail, or by the methods indicated, on or before June 1, 2020.

/s/ Christine Thurston
Thurston Law Firm
PO Box 4018
Itasca, IL 60143
312-818-8008
Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-21856<br>Northern District of Illinois<br>Eastern Division<br>Tue Jun  2 12:56:59 CDT 2020 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>c/o Codilis & Associates, PC<br>15W030 N. Frontage Rd., Suite 100<br>Burr Ridge, IL 60527-6921 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AAG<br>3800 W. Chapman Avenue<br>Orange, CA 92868-1638 | ADF OF ILLINOIS, LLC<br>Applied Data Finance, LLC<br>15373 Innovation Drive, Suite 250<br>Attn: Legal Department<br>SAN DIEGO, CA 92128-3428 |
| Acceptance Now<br>Attn: Acceptancenow Customer Service / B<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 | American Advisors Group<br>Bankruptcy Department<br>P.O. Box 40724<br>Lansing, MI 48901-7924 | (p)BAXTER CREDIT UNION<br>COLLECTION DEPARTMENT<br>PO BOX 8133<br>VERNON HILLS IL 60061-8133 |
| Big Picture Loans<br>PO Box 704<br>Watersmeet, MI 49969-0704 | Blitt & Gaines<br>661 W. Glenn Ave.<br>Wheeling, IL 60090-6017 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Codilis & Associates<br>15W030 N Frontage Rd<br>Burr Ridge, IL 60527-6921 | Consumers Credit Union<br>1075 Tri-State Parkway<br>Suite 850<br>Gurnee, IL 60031-9182 |
| First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JD Receivables LLC<br>PO Box 382656<br>Germantown, TN 38183-2656 | Mr. Cooper<br>Attn: Bankruptcy<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>attn. bankruptcy dept<br>P O Box 619096<br>Dallas, TX 75261-9096 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | North Plains Financial<br>PO Box 283<br>Flandreau, SD 57028-0283 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 |
| OneMain Financial<br>Attn: Bankruptcy<br>601 Nw 2nd Street<br>Evansville, IN 47708-1013 | Personify<br>P.o. Box 500650<br>San Diego, CA 92150-0650 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| Rockford Mercantile<br>2502 S. Alpine Rd<br>Rockford, IL 61108-7813 | (p)SN SERVICING CORPORATION<br>323 FIFTH ST<br>EUREKA CA 95501-0305 | Silver Cloud Financial<br>635 East Hwy 20, C<br>Upper Lake, CA 95485 |

| | | |
|---|---|---|
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Tmobile Financial<br>460 Chicago Ridge Mall<br>Chicago Ridge, IL 60415-2604 |
| Verizon<br>Attn: Wireless Bankrupty Admin<br>500 Technology Dr Ste 500<br>Weldon Springs, MO 63304-2225 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Christine Thurston<br>Thurston Law Firm<br>PO Box 4018<br>Itasca, IL 60143-4018 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Ronald W Keller<br>1025 Elmwood Lane<br>Elk Grove Village, IL 60007-4538 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Baxter Credit Union<br>340 N. Milwaukee Ave<br>Vernon Hills, IL 60061 | SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)American Advisors Group | (u)Consumers Credit Union | (u)U.S. Bank Trust National Association as Tr |

End of Label Matrix
Mailable recipients    38
Bypassed recipients     3
Total                  41

## IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Ronald Keller,

Debtor(s)

Case No: 18-21856
Chapter 13

Judge Carol A. Doyle

### MOTION TO MODIFY THE PLAN

NOW COMES the Debtor, by and through his attorney, in support of the debtor's Motion to Modify the Chapter 13 Plan, states as follows:

1. On August 2, 2018, the debtor filed a petition for relief pursuant to Chapter 13 of Title 11 of the United States Code in the Northern District of Illinois.

2. On October 9, 2018, this Honorable Court confirmed the debtor's Chapter 13 Plan.

3. The confirmed Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 100% of their allowed claims.

4. The confirmed Chapter 13 Plan requires the debtor to make payments to the Chapter 13 Trustee in the amount of $850.00 on a monthly basis for 60 months.

5. The debtor has paid $14,900.00 to the Chapter 13 Trustee thus far.

6. The debtor accrued a default in the instant case because he had to pay $1750.00 towards a sewer repair.

7. The debtor did not have enough income after this one-time expense, so he could no longer afford to make his trustee payments.

8. The debtor is now able to resume making regular trustee payments.

9. The debtor further requests that this Honorable Court defer the current plan default to the end of the Chapter 13 Plan.

WHEREFORE, the Debtor moves this Honorable Court for the following relief:

A. That this Honorable Court enter an Order deferring the current plan default to the end of the Chapter 13 Plan of reorganization.

B. For such other and further relief as the court deems fair and proper.

Respectfully Submitted,

/s/ Christine Thurston
Thurston Law Firm
PO Box 4018
Itasca, IL 60143
312-818-8008
Attorney for Debtor